IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DR VARODNI BROWN , | * |
| Plaintiff, | * |
| v. | Case No.  5:25-cv-00037-TES |
| | * |
| MACON HOTEL DE LLC , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk